**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Travis S.,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

No. 0:25-cv-00660 (KMM/ECW)

**ORDER**

---

This matter is before the Court on consideration of Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b). (Dkt. 21.) Plaintiff seeks an award of attorney's fees in the amount of $12,615.50, reduced by $8,500 to account for fees previously obtained pursuant to the Equal Access to Justice Act, resulting in a net total fee award of $4,115.50. (*Id.*) Defendant has not responded to the motion. Having reviewed the record supporting the motion (*see* Dkt. 24; Dkt. 24-1; Dkt. 24-2; Dkt. 24-3), and based on the entire file, the Court concludes that the fees sought to be recovered are reasonable and authorized by law.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt. 21) is **GRANTED**.

2. Plaintiff's counsel is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $4,115.50.

3. Within 30 days of the date of this Order, The Social Security Administration shall issue payment to Plaintiff's counsel in the amount of $4,115.50.

Date: November 10, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge